# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| OAKFABCO, INC., | Case No. 15-27062 |
| Debtor. | |

## LIST OF 20 LAW FIRMS WITH THE LARGEST NUMBER OF ASBESTOS PERSONAL INJURY CLAIMS CURRENTLY PENDING AGAINST THE DEBTOR

Following is the list of the 20 law firms with the largest number of asbestos personal injury claims pending against Oakfabco, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned case, as of December 31, 2014. The list is prepared to satisfy Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bank. P. 1007(m).

| (1) | (2) |
|---|---|
| *Name of law firm and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* |
| Weitz & Luxenberg<br>700 Broadway, New York, NY 10003 | Perry Weitz<br>(212) 558-5500; Same address; Fax: (212) 344-5461 |
| Cooney & Conway<br>120 N La Salle Dr Ste 3000, Chicago, IL 60602 | John Cooney<br>(800) 322-5573; Same address Fax: (312) 236-3029 |
| Gori Julian & Associates<br>156 North Main Street, Edwardsville, IL 62025 | Randy Gori<br>(618) 659-9833; Same address; Fax: (618) 659-9834 |
| The Law Offices of Peter Angelos, P.C.<br>100 N. Charles St., Baltimore, MD 21201 | Peter Angelos<br>(410) 649-2000; Same address; Fax: (410) 649-2101 |
| Napoli Bern Ripka Shkolnik, LLP<br>Empire State Building<br>350 5th Avenue #7413, New York, NY 10118 | Paul Napoli<br>(212) 267-3700; Same address Fax: (212) 587-0031 |
| Brent Coon & Associates<br>215 Orleans St., Beaumont, TX 77701 | Brent Coon<br>(409) 835-2666; Same address Fax: (409) 833-4483 |

| | |
|---|---|
| Kelley & Ferraro, LLP<br>127 2200 Key Tower, Cleveland, OH 44114 | James L. Ferraro<br>(216) 202-3450; Same address; Fax: (216) 575-0799 |
| The Lanier Law Firm<br>6810 FM 1960 West, Houston, Texas 77069 | W. Mark Lanier<br>(800) 723-3216; Same address; Fax: (713) 659-2204 |
| Hissey Kientz, LLP<br>The Arboretum at Great Hills<br>9442 N Capital of Texas Hwy #400, Austin, TX 78759 | Rob Kientz<br>(512) 320-9100; Same address; Fax: (512) 320-9101 |
| Reyes, O'Shea & Coloca, P.A.<br>345 Palermo Ave, Coral Gables, FL 33134 | Angel Reyes<br>(305) 374-8110; Same address; Fax: (305) 374-8112 |
| Shrader & Associates, LLP<br>3900 Essex Ln # 390, Houston, TX 77027 | Justin Shrader<br>(888) 637-6236; Same address; Fax: (713) 571-9605 |
| Nix Patterson & Roach, LLP<br>205 Linda Drive, Daingerfield, TX 75638 | Harold W. Nix<br>(903) 645-7333; Same address; Fax (456) 456-4567 |
| Bevan & Associates LPA, Inc.<br>6555 Dean Memorial Pkwy, Boston Heights, OH 44236 | Thomas W. Bevan<br>(330) 650-0088; Same address; Fax: (330) 467-4493 |
| Lundy, Lundy, Soileau & South LLP<br>501 Broad Street, Lake Charles, LA 70601 | Hunter Lundy<br>(337) 439-0707; Same address; Fax: (337) 439-1029 |
| Mazur & Kittel, PLLC<br>30665 Northwestern Hwy, Farmington Hills, MI 48334 | John Kittel<br>(800) 990-6380; Same address; Fax: (248) 432-8010 |
| Simmons Hanly Conroy LLC<br>One Court Street, Alton, IL 62002 | John Simmons<br>(877) 897-4380; Same address; Fax: (618) 259-2251 |
| David C. Thompson Attorney at Law, P.C.<br>321 Kittson Ave, Grand Forks, ND 58201 | David C. Thompson<br>(701) 775-7012; Same address; Fax: (701) 775-2520 |
| Hossley & Embry<br>320 S Broadway Ave # 100, Tyler, TX 75702 | D. Allen Hossley<br>(866) 522-9265; Same address; Fax: (903) 526-1773 |
| Edward O. Moody, PA<br>1211 W 4th St , Little Rock, AR 72201 | Edward O. Moody<br>(501) 376-0000; Same address; Fax: (501) 376-0546 |
| SWMK Law, LLC<br>701 Market St #1575, St. Louis, MO 63101 | Matt Morris<br>(314) 480-5180; Same address; Fax: (314 932-1566 |

*[The remainder of this page was intentionally left blank.]*

- 3 -

Dated: August 7, 2015 			Respectfully submitted,

			REED SMITH LLP

By:	*/s/ Stephen T. Bobo*
	Stephen T. Bobo (IL Bar No. 6182054)
	10 S. Wacker Drive, 40th Floor
	Chicago, IL 60606
	Telephone: (312) 207-6480
	Facsimile: (312) 207-6400
	Email: sbobo@reedsmith.com

	Paul M. Singer, Esq.
	Luke A. Sizemore, Esq.
	Joseph D. Filloy, Esq.
	225 Fifth Avenue, Suite 1200
	Pittsburgh, PA 15222
	Telephone: (412) 288-3131
	Facsimile: (412) 288-3063
	Email: psinger@reedsmith.com
	Email: lsizemore@reedsmith.com
	Email: jfilloy@reedsmith.com

	*Proposed Counsel to Debtor and Debtor-in-Possession*

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF A CORPORATION

I, Frederick W. Stein, the ___President___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing *List of 20 Law Firms with the Largest Number of Asbestos Personal Injury Claims Currently Pending Against the Debtor* and that it is true and correct to the best of my information and belief.

Dated: August __7__, 2015

_____
Frederick W. Stein

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

US_ACTIVE-122919319