IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oakfabco, Inc. | ) | Case No. 15-27062 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

NOTICE OF APPEARANCES AND
REQUEST FOR NOTICES AND PAPERS

NOTICE is hereby given pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and 11 U.S.C. Section 1109(b), that the below-stated attorneys hereby appear for New England Reinsurance Company ("New England") in the above-captioned case, and request that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| Craig Goldblatt | Wayne S. Karbal |
| Nancy L. Manzer | Paul Parker |
| Wilmer Cutler Pickering Hale and Dorr LLP | Karbal Cohen Economou Silk & Dunne, LLC |
| 1875 Pennsylvania Avenue, NW | 150 S. Wacker Drive, Suite 1700 |
| Washington, DC  20006 | Chicago, IL  60606 |
| Phone (Goldblatt): 202-663-6483 | Phone (Karbal): (312) 431-3610 |
| Phone (Manzer): 202-663-6183 | Phone (Parker): (312) 431-3623 |
| E-mail: Craig.Goldblatt@wilmerhale.com | E-mail: wkarbal@karballaw.com |
| E-mail: nancy.manzer@wilmerhale.com | E-mail: pparker@karballaw.com |

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. Section 1109(b), the foregoing request includes not only the notices and papers referred to in Rule 2002 of the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, e-mail, or otherwise, which affect or seeks to

affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal.  All rights, remedies, claims, actions, setoffs or recoupments to which New England is or may be entitled, in law or in equity, are hereby expressly reserved.

Karbal Cohen Economou Silk & Dunne, LLC

Date:  August 11, 2015         /s/ Wayne S. Karbal
                               Wayne S. Karbal (IL Bar No. 6207190)
                               150 S. Wacker Drive, Suite 1700
                               Chicago, IL  60606
                               Tel: (312) 431-3700
                               Fax: (312) 431-3670

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2015, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the ECF System, which on information and belief will send notification of such filing to the persons who are to receive filings in the above-captioned case.

By:     /s/ Paul Parker