# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | Chapter 11 |
| OAKFABCO, INC., | Case No. 15-27062 |
| Debtor. | Hon. Jack B. Schmetterer |

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that on Monday, September 21, 2015 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the Debtor's Motion for an Order: (i) Approving the Assumption of a Settlement Agreement and Release Between Oakfabco, Inc. and Affiliated FM Insurance Company; (ii) Approving the Sale of Certain Insurance Policies to Affiliated FM Insurance Company; and (iii) Issuing an Injunction in Favor of Affiliated FM Insurance Company Pursuant to the Sale of Certain Insurance Policies [Docket No. 65] for a preliminary hearing, at which time a final hearing will be set, upon notice and an opportunity to object. You may appear at the hearing if you so desire.

Dated: September 15, 2015
       Chicago, Illinois

Respectfully submitted,

REED SMITH LLP

By:   /s/ Stephen T. Bobo
Stephen T. Bobo
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Proposed Counsel to Debtor and Debtor In Possession*

- 2 -

## CERTIFICATE OF SERVICE

I, Stephen T. Bobo certify that, on September 15, 2015, I filed a copy of the foregoing **Notice of Motion** (relating to the Debtor's Motion For An Order: (i) Approving The Assumption Of A Settlement Agreement And Release Between Oakfabco, Inc. And Affiliated FM Insurance Company; (ii) Approving The Sale Of Certain Insurance Policies To Affiliated FM Insurance Company; And (iii) Issuing An Injunction In Favor Of Affiliated FM Insurance Company Pursuant To The Sale Of Certain Insurance Policies, [Docket No. 65] (the "**Motion**")) using this Court's CM/ECF system, and served all parties consenting to receive electronic service by operation of the CM/ECF. Further, on September 15, 2015, I caused a copy of the Notice of Motion and Motion to be served through Logan & Company, the appointed Notice and Servicing agent to the Debtor, upon the parties identified below, via First Class Mail.

       /s/ *Stephen T. Bobo*
       Stephen T. Bobo

**SERVICE LIST**

**DEBTOR: OAKFABCO, INC.**                                                                                         **CASE NO: 15-27062 (JBS)**

**First Class Mail**
Creditor ID: 33-99
DAVID CHRISTIAN ATTORNEYS LLC
COUNSEL TO CNA
DAVID CHRISTIAN, ESQ
3515 WEST 75TH ST, STE 208
PRAIRIE VILLAGE KS 66208

**First Class Mail**
Creditor ID: 30-99
DENTONS US LLP
COUNSEL TO AFFILIATED FM INSURANCE COMPANY
ROBERT B. MILLNER, ESQ
GEOFFREY M. MILLER, ESQ
233 S WACKER DR, STE 5900
CHICAGO IL 60606

**First Class Mail**
Creditor ID: 34-99
FRANKGECKER LLP
COUNSEL TO ASBESTOS CLAIMANTS' COMMITTEE
JOSEPH D. FRANK, ESQ
FRANCES GECKER, ESQ & MICAH R. KROHN, ESQ
325 N LASALLE ST, STE 625
CHICAGO IL 60654

**First Class Mail**
Creditor ID: 29-99
HINSHAW & CULBERTSON LLP
COUNSEL TO AFFILIATED FM INSURANCE COMPANY
SCOTT M. SEAMAN, ESQ
222 NORTH LASALLE ST, STE 300
CHICAGO IL 60601

**First Class Mail**
Creditor ID: 31-99
KARBAL COHEN ECONOMOU SILK AND DUNNE LLC
COUNSEL TO NEW ENGLAND REINSURANCE COMPANY
WAYNE S, KARBAL, ESQ
PAUL PARKER, ESQ
150 S WACKER DR, STE 1700
CHICAGO IL 60606

**First Class Mail**
Creditor ID: 40-99
NAPOLI BERN RIPKA SHKOLNIK & ASSOC. LLP
PARTICK N. HAINES, ESQ
103 WEST VANDALIA ST
EDWARDSVILLE IL 62025

**First Class Mail**
Creditor ID: 22-92
OAKFABCO, INC.
1 LINCOLN CENTER, STE 1100
OAKBROOK TERRACE IL 60181

**First Class Mail**
Creditor ID: 1-99
OFFICE OF THE US TRUSTEE, REGION 11
STEPHEN G WOLFE, ESQ
ATTORNEY FOR THE US TRUSTEE
219 S DEARBORN ST, RM 873
CHICAGO IL 60604

**First Class Mail**
Creditor ID: 35-99
WILMER CUTLER PICKERING HALE AND DORR LLP
COUNSEL TO NEW ENGLAND REINSURANCE COMPANY
CRAIG GOLDBLATT, ESQ
NANCY L. MANZER, ESQ
1875 PENNSYLVANIA AVE NW
WASHINGTON DC 20006

Total:   9