# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | Chapter 11 |
| OAKFABCO, INC., | Case No. 15-27062 |
| Debtor. | Hon. Jack B. Schmetterer |

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that on Monday, September 21, 2015 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the Debtor's Motion for an Order: (i) Approving the Assumption of a Settlement Agreement and Release Between Oakfabco, Inc. and the CNA Companies; (ii) Approving the Sale of Certain Insurance Policies to The CNA Companies; and (iii) Issuing an Injunction In Favor of the CNA Companies Pursuant to the Sale of Certain Insurance Policies [Docket No. 66] for a preliminary hearing, at which time a final hearing will be set, upon notice and an opportunity to object. You may appear at the hearing if you so desire.

| | |
|---|---|
| Dated: September 15, 2015<br>Chicago, Illinois | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  /s/ Stephen T. Bobo<br>Stephen T. Bobo<br>10 S. Wacker Drive<br>Suite 4000<br>Chicago, IL 60606<br>Telephone: (312) 207-1000<br>Facsimile: (312) 207-6400<br><br>*Proposed Counsel to Debtor and Debtor In Possession* |

- 2 -

## CERTIFICATE OF SERVICE

      I, Stephen T. Bobo certify that, on September 15, 2015, I filed a copy of the foregoing **Notice of Motion** (relating to the Debtor's Motion for an Order: (i) Approving the Assumption of a Settlement Agreement and Release Between Oakfabco, Inc. and the CNA Companies; (ii) Approving the Sale of Certain Insurance Policies to The CNA Companies; and (iii) Issuing an Injunction In Favor of the CNA Companies Pursuant to the Sale of Certain Insurance Policies [Docket No. 66] (the "**Motion**") using this Court's CM/ECF system, and served all parties consenting to receive electronic service by operation of the CM/ECF.  Further, on September 15, 2015, I caused a copy of the Notice of Motion and Motion to be served through Logan & Company, the appointed Notice and Servicing agent to the Debtor, upon the parties identified below, via First Class Mail.

                                                                           /s/ *Stephen T. Bobo*
                                                                          Stephen T. Bobo

**SERVICE LIST**

**DEBTOR: OAKFABCO, INC.**                                                                                                    **CASE NO: 15-27062 (JBS)**

| First Class Mail | First Class Mail | First Class Mail |
|---|---|---|
| Creditor ID: 33-99<br>DAVID CHRISTIAN ATTORNEYS LLC<br>COUNSEL TO CNA<br>DAVID CHRISTIAN, ESQ<br>3515 WEST 75TH ST, STE 208<br>PRAIRIE VILLAGE KS 66208 | Creditor ID: 30-99<br>DENTONS US LLP<br>COUNSEL TO AFFILIATED FM INSURANCE COMPANY<br>ROBERT B. MILLNER, ESQ<br>GEOFFREY M. MILLER, ESQ<br>233 S WACKER DR, STE 5900<br>CHICAGO IL 60606 | Creditor ID: 34-99<br>FRANKGECKER LLP<br>COUNSEL TO ASBESTOS CLAIMANTS' COMMITTEE<br>JOSEPH D. FRANK, ESQ<br>FRANCES GECKER, ESQ & MICAH R. KROHN, ESQ<br>325 N LASALLE ST, STE 625<br>CHICAGO IL 60654 |
| **First Class Mail**<br>Creditor ID: 29-99<br>HINSHAW & CULBERTSON LLP<br>COUNSEL TO AFFILIATED FM INSURANCE COMPANY<br>SCOTT M. SEAMAN, ESQ<br>222 NORTH LASALLE ST, STE 300<br>CHICAGO IL 60601 | **First Class Mail**<br>Creditor ID: 31-99<br>KARBAL COHEN ECONOMOU SILK AND DUNNE LLC<br>COUNSEL TO NEW ENGLAND REINSURANCE COMPANY<br>WAYNE S, KARBAL, ESQ<br>PAUL PARKER, ESQ<br>150 S WACKER DR, STE 1700<br>CHICAGO IL 60606 | **First Class Mail**<br>Creditor ID: 40-99<br>NAPOLI BERN RIPKA SHKOLNIK & ASSOC. LLP<br>PARTICK N. HAINES, ESQ<br>103 WEST VANDALIA ST<br>EDWARDSVILLE IL 62025 |
| **First Class Mail**<br>Creditor ID: 22-92<br>OAKFABCO, INC.<br>1 LINCOLN CENTER, STE 1100<br>OAKBROOK TERRACE IL 60181 | **First Class Mail**<br>Creditor ID: 1-99<br>OFFICE OF THE US TRUSTEE, REGION 11<br>STEPHEN G WOLFE, ESQ<br>ATTORNEY FOR THE US TRUSTEE<br>219 S DEARBORN ST, RM 873<br>CHICAGO IL 60604 | **First Class Mail**<br>Creditor ID: 35-99<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>COUNSEL TO NEW ENGLAND REINSURANCE COMPANY<br>CRAIG GOLDBLATT, ESQ<br>NANCY L. MANZER, ESQ<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20006 |

**Total:   9**