# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| OAKFABCO, INC., | Case No. 15-27062 |
| Debtor. | Hon. Jack B. Schmetterer |

## NOTICE OF ENTRY OF ORDER CONFIRMING PLAN
## AND EFFECTIVE DATE OF PLAN

**TO:  ALL HOLDERS OF CLAIMS, ADMINISTRATIVE EXPENSE CLAIMS, AND INTERESTS**

**PLEASE TAKE NOTICE** that on April 11, 2019, the United States Bankruptcy Court for the Northern District of Illinois (the "Court") entered an Order Confirming Second Amended Plan of Liquidation of Oakfabco, Inc. (the "Confirmation Order). The Confirmation Order, Oakfabco, Inc.'s Second Amended Plan of Liquidation (the "Plan"), and all documents related thereto are on file with the Court and may be accessed electronically on the Court's docket. You may also obtain copies at your expense from the Clerk of the Court, view copies at the public terminals in the Clerk's office located at United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois 60604, or submit a request for copies to Stephen T. Bobo, Reed Smith LLP, 10 S. Wacker Drive, Chicago, Illinois 60606, telephone number (312) 207-1000, email: sbobo@reedsmith.com.

In accordance with Federal Rule of Bankruptcy 3020(c)(1), ALL PARTIES IN INTEREST ARE HEREBY PLACED ON NOTICE THAT THE PLAN ENJOINS CERTAIN CONDUCT AND EXCULPATES AND RELEASES CLAIMS AGAINST CERTAIN PERSONS, as set forth in Sections 9.1, 9.2, 9.3, 9.4, 9.5 and 9.6 of the Plan and Paragraphs R, S, and T of the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Plan became effective on July 3, 2019 (the "Effective Date"). As of the Effective Date, the provisions of the Plan became binding and effective upon all parties in interest according to the terms of the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph V of the Confirmation Order, any Professional that holds or asserts an Administrative Expense Claim for services provided prior to the Effective Date must file with the Court, and serve on all parties required to receive notice, an application seeking allowance and payment of such Administrative Expense Claim (a "Final Fee Application") not later than **sixty (60) days** after the Effective Date. Any Professional that is required to file a Final Fee Application and fails to timely file and serve such application shall be forever barred, estopped and enjoined from asserting an Administrative Expense Claim or participating in Distributions under the Plan on account thereof. Objections to a Final Fee Application must be filed and served on the parties provided in the Confirmation Order not later than **ninety (90) days** after the Effective Date.

Dated:  July 10, 2019

REED SMITH LLP

*/s/ Stephen T. Bobo*
Stephen T. Bobo (IL Bar No. 6182054)
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone:  (312) 207-6480
Facsimile:  (312) 207-6400
Email:  sbobo@reedsmith.com

Paul M. Singer, Esq.
Andrew J. Muha, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3114
Facsimile: (412) 288-3063
Email:  psinger@reedsmith.com
Email:  amuha@reedsmith.com

*Attorneys for the Debtor and Debtor in Possession*