# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAKFABCO, INC., | ) | Case No. 15-27062 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

## POST-CONFIRMATION REPORT OF DAVID J. GORDON, AS TRUSTEE OF THE OAKFABCO LIQUIDATING TRUST, FOR THE QUARTER ENDING MARCH 31, 2021

David J. Gordon, as trustee of the Oakfabco Liquidating Trust (the "Trustee"), hereby submits this post-confirmation report for the calendar quarter ending March 31, 2021.

1.  Date of entry of order confirming plan: 04/11/2019

2.  Cash balance at beginning of quarter: $16,286,067.48[1]

    Total receipts during quarter: $ 166,270.32[2]

    Total disbursements during quarter: $146,183.04[3]

    Cash balance at end of quarter: $16,306,154.76[4]

3.  Payments made pursuant to the Plan this quarter: $975.00[5]

    Total payments to be made pursuant to the Plan: TBD

    Cumulative paid to date: $1,214,383.83

    Balance remaining to be paid under the Plan: TBD

---

[1] This amount includes cash, cash equivalents, and the current balance of investments held by the Oakfabco Liquidating Trust (the "Trust").

[2] This amount is comprised of interest income earned on the Trust's investments. This does not include gains on the value of investments.

[3] These disbursements are comprised of the U.S. Trustee fees paid by the Trust and other administrative expenses of the Trust, which include post-confirmation professional services, Trustee fees and bank fees.

[4] This balance includes cash, cash equivalents held by the Trust such as Certificates of Deposit, and the current value of Trust investments as of March 31, 2021.

[5] This amount is comprised of U.S. Trustee fees paid by the Trust.

{OAKFABCO/001/00061113.DOCX/}

|  | **As of the end of this reporting period:** | **Yes** | **No** |
|---|---|---|---|
| 4. | Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | **X** | |
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | **X** |
| 6. | Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | **X** | |
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution). | **X** | |
| 8. | Has the order confirming the Plan become nonappealable? | **X** | |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (if no, please explain.) | **(n/a)** | |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | **X** | |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | | **X** |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | **X** | |
| 13. | Anticipated date of motion for final decree: | | **8/30/2022** |

{OAKFABCO/001/00061113.DOCX/}

|  |  |
|---|---|
| April 29, 2021<br>Dated: | _[signature]_<br>Responsible Individual (signature)<br><br>David J. Gordon, Trustee, Oakfabco Liquidating Trust<br>Print Name<br><br>Current Address:<br>DJO Services, LLC<br>4460 Redwood Highway<br>Suite 16-518<br>San Rafael, CA 94903<br><br>Telephone Number:<br>(415) 738-8282 |

{OAKFABCO/001/00061113.DOCX/}